NORTON, Appellant, v. ZELLERBACH, Respondent.

No. 7724; May 12, 1883.

**Trover and Conversion—Limitations—Nonsuit.**—In a civil action for embezzling or converting personal property, where the time of the alleged grievance does not appear by the pleadings or testimony, a nonsuit based on the statute of limitations is not to be sustained.

APPEAL from Superior Court, San Francisco.

A. W. Roysdon and Pillsbury & Titus for appellant; C. Benham for respondent.

THORNTON, J.—In this case a nonsuit was granted on the ground that the action was barred by the statute of limitations. The action was brought for embezzling and unlawfully alienating and converting certain personal property belonging to

the estate of a deceased person.    We have examined the pleadings in the cause and testimony in the bill of exceptions, and are unable to ascertain when the embezzling or unlawful alienation or conversion occurred.    It is impossible, then, to determine when the statute of limitations commenced running.    In this state of the case we cannot say that the action was barred by the statute when it was commenced, and the judgment is reversed and cause remanded.

We concur: Myrick, J.; Sharpstein, J.